USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDICE WILLS,

              Plaintiff,

      -v-

LONG ISLAND RAILROAD COMPANY, ET AL.,

             Defendants.

**ORDER**

25-CV-1585 (JAV)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated February 25, 2026, this case was referred to the undersigned for settlement.  ECF No. 16.

A conference is scheduled on **March 4, 2026** at **10:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 939 539 690#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: February 26, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge