UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2026

CANDICE WILLS,

                    Plaintiff,

        -v-

LONG ISLAND RAILROAD COMPANY, ET AL.,

                    Defendants.

**ORDER**

25-CV-1585 (JAV)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's March 4, 2026 order, ECF No. 18, the parties were directed to submit certain materials via email prior to the April 10, 2026 settlement conference. To date, the undersigned has not received Defendants' materials. Defendants are directed to submit to RicardoNYSDChambers@nysd.uscourts.gov the materials described in ECF No. 18 by **April 1, 2026.**

**SO ORDERED.**

Dated: March 30, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1