UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDICE WILLS,

                Plaintiff,

        -v-

LONG ISLAND RAILROAD COMPANY, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/9/2026__

**ORDER**

25-CV-1585 (JAV)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the parties' joint letter motion, ECF No. 26 (the "Letter Motion"), requesting to adjourn the April 10, 2026 settlement conference. The Letter Motion is **GRANTED**. The undersigned will instead hold a phone conference with counsel only on **April 10, 2026 at 10:00 a.m.** to discuss next steps, including the scheduling of another settlement conference or status call. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 395 044 164#).

    The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 26 as **GRANTED**.

**SO ORDERED.**

Dated: April 9, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1